AO 245D   (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

FIL__

AUG 0 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

__SOUTHERN__          District of          __CALIFORNIA__

UNITED STATES OF AMERICA

**V.**

ERNIE GLEN HATTABAUGH

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 0$CR0539-GT

ERICA ZUNKEL, FED. DEFENDERS, INC.
_____
Defendant's Attorney

**REGISTRATION No. 98812198**

THE DEFENDANT:

[x] admitted guilt to violation of allegation(s) No.   ONE _____

[ ] was found in violation of allegation(s) No.   _____ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Failure to report change in residence/employment |

__Supervised Release__   is revoked and the defendant is sentenced as provided in pages 2 through   __2__   of this judgment.
This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

AUGUST 4, 2008
_____
Date of Imposition of Sentence

HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE

0$ CR0539-GT

AO 245B      (Rev. 9/00) Judgment in Criminal Case
             Sheet 2 — Imprisonment

DEFENDANT: ERNIE GLEN HATTABAUGH                                    Judgment — Page ___2___ of ___2___
CASE NUMBER: 06CR0539-GT

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

NINE (9) MONTHS

[x] The court makes the following recommendations to the Bureau of Prisons:

Court recommends that the defendant be incarcerated in an institution in the Southern District of California.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

    [ ] at _____ [ ] a.m. [ ] p.m. on _____ .

    as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before _____

    [ ] as notified by the United States Marshal.

    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

06CR0539-GT